DEAR CLERK OF COURT, MY NAME IS EVERETTE L. BLACK JR. #364497. I'M CURRENTLY BEING HOUSED AT SUWANNEE C.I (ANNEX) IN CONFINEMENT ON PROTECTIVE MANAGEMENT STATUS. THIS IS A FLORIDA OF DEPARTMENT CORRECTIONAL INSTITUTION FACILITY. BUT, I AM ALSO A FEDERAL GOVERNMENT INMATE EVERETTE L. BLACK #22436-018 WHO CURRENTLY HAS A FEDERAL HOLD ON ME FOR FEDERAL VIOLATION OF PROBATION. THIS ALONE GIVES THE FEDERAL GOVERNMENT JURISDICTION OVER ME AT THIS POINT AND TIME. I HAVE TWO OPEN CASES IN YOUR FEDERAL COURT, WHERE I'M SUING THE FLORIDA DEPARTMENT OF CORRECTIONS FOR VIOLATING MY 8TH AMENDMENT RIGHTS BY ASSAULT AND CRUEL AND UNUSUAL PUNISHMENT. CASE NO. 3:22-CV-260-MMH-JBT IS ASSIGNED TO UNITED STATES MAGISTRATE JUDGE: JOEL B. TOOMEY, AND CASE NO. 3:22-CV-298-BJD-LLL WHICH IS ASSIGNED TO JUDGE: BRIAN DAVIS. IN CASE NO: 3:22-CV-298-BJD-LLL THAT'S ASSIGNED TO JUDGE BRIAN DAVIS, I WAS ASSAULTED BY STAFF R. MOLINSKI AND S.M. MOLINSKI HERE AT SUWANNEE C.I (ANNEX) WHERE I'M CURRENTLY IS STILL AT. APPROXIMATELY 3 MONTHS AGO STAFF FRIENDS OF (SGT) R. MOLINSKI AND S.M. MOLINSKI PUT OUT A HIT ON ME TO BE STABBED BY INMATES, BUT STAFF HERE AT SUWANNEE C.I (ANNEX) COVERED IT UP TO PROTECT THEIR FELLOW OFFICER FRIENDS (SGT) R. MOLINSKI AND (SGT) S.M. MOLINSKI. AT THAT POINT AND TIME JUDGE BRIAN DAVIS AND UNITED STATES MAGISTRATE JUDGE: LAMBERT BOTH SIGNED OFF ON A STANDING ORDER FILED TO SUWANNEE C.I (ANNEX), THAT I EVERETTE L. BLACK JR. #364497 SHOULD NOT BE HARMED IN THIS FACILITY WHATSOEVER. ON 8-15-22 AND 8-18-22 UNITED STATES MAGISTRATE JUDGE: JOEL B. TOOMEY GRANTED MY MOTIONS TO PRESERVE VIDEO FOOTAGE ON BOTH CASE WAS GRANTED TO USE FOR TRIAL IN BOTH CASES. MYSELF AND (SGT) R. MOLINSKI AND (SGT) S.M. MOLINSKI HERE AT SUWANNEE C.I. (ANNEX) WERE MADE AWARE OF THIS DUE TO COURT FILINGS. THE (SGT) MOLINSKI'S TELL ALL OF THESE OFFICERS, SERGEANTS, CAPTAINS, ETC. EVERYTHING THAT GOES ON WITH THIS COURT PROCEDURE AND A LOT OF OFFICERS ARE OUT TO HARM ME FOR TAKING FOR TAKING THEIR FRIENDS TO COURT. ON 8-24-22, IN BETWEEN THE TIME FRAME OF 11:00 P.M. TO 11:30 P.M., (SGT) FINNEY IS SEEN ON CAMERA IN O-DORM QUAD #4 ESCORTING ME OUT TO O-DORM SALLY PORT WHICH WAS DARK, DUE TO ALL THE HALLWAY LIGHTS BEING CUT OFF. (SERGEANT) FINNEY, THEN PUSHED ME INTO THE HOLDING CAGE BEATING ME IN MY FACE, HEAD, ARMS, AND RIBCAGE WITH HIS CLOSED FIST AS HARD AS HE COULD. HE THEN GRABBED MY HEAD WITH BOTH OF HIS HANDS AND STARTED BANGING MY HEAD UP AGAINST THE BRICK WALL INSIDE OF THE HOLDING CAGE. (SERGEANT) FINNEY, THEN BEGAN TO BEAT ME IN MY FACE, HEAD, ARMS, AND RIBCAGE WITH BOTH CLOSED FIST OF HIS, AND I STARTED BEGGING HIM TO STOP AS I WAS SLIDING DOWN THE WALL TO THE FLOOR. WHICH AT THIS POINT AND TIME (SERGEANT) FINNEY PULLED OUT A HOMEMADE STAINLESS STEEL KNIFE OUT OF HIS LEFT PANTS POCKET WHICH HAD A BLACK BOOT SHOE STRING TIED ONTO, AND I FELT THAT HE WAS GOING TO STAB ME, BUT INSTEAD (SERGEANT) FINNEY STATED TO ME "BLACK, YOU BETTER NOT TELL ANYONE WHAT JUST HAPPEN, DO YOU HEAR ME." AND, IF YOU DO, I'M GOING TO PUT THIS KNIFE ON YOU AND WRITE YOU A D.R (DISCIPLINARY REPORT) AND HAVE YOU SENT TO C.M. UNIT (CONTROL MANAGEMENT UNIT) FOR 3 YEARS. I TOLD (SERGEANT) FINNEY THAT I WASN'T GOING TO SAY ANYTHING TO ANYONE, BEING IN FEAR OF BEING ASSAULTED BY HIM EVEN MORE. ABOUT 3 TO 5 MINUTES WENT BY AND (SGT) LINBLADE CAME DOWN AND (SGT) FINNEY GAVE ME A STARE AS IF HE WAS DARING ME TO SAY ANYTHING TO (SGT) LINBLADE. OUT OF FEAR, I KEPT QUIET. (SGT) FINNEY THEN ESCORTED ME TO MEDICAL FOR PRE CONFINEMENT, AND HE THREATENED ME AGAIN AND TOLD ME THAT I BETTER NOT SAY ANYTHING TO THE NURSE ABOUT HIM BEATING ME. AS MUCH PAIN AS I WAS IN AT THAT TIME, I DIDN'T SAY ANYTHING TO THE NURSE BEING IN FEAR OF WHAT (SGT) FINNEY WOULD DO TO ME NEXT. (SGT) FINNEY, THEN ESCORTED ME TO CONFINEMENT, AND I WAS PUT INTO A CELL BY MYSELF UNTIL THIS DAY. (SGT) B.L. ROBINSON, C/O A. BATTON, AND C/O PARKER, AND (SGT) MOORE ALL DENIED ME MEDICAL TREATMENT. DUE TO THEM ALL READING MY WITNESS STATEMENT THAT I WROTE UP ON (SGT) FINNEY FOR ASSAULTING ME. IT HAS BEEN 9 DAYS, AND I HAVEN'T SEEN MEDICAL YET. MY HEAD, NECK, AND BACK IS IN GREAT PAIN. I ALSO WANT TO MAKE NOTE TO YOU THAT IN O-DORM SALLYPORT, WHERE (SGT) FINNEY ASSAULTED ME. I WROTE UP SEVERAL GRIEVANCES TO THIS INSTITUTION AND TO THE F.D.O.C DEPARTMENT OF CORRECTIONS BUREAU OF INMATE GRIEVANCE APPEALS TO W. MILLETTE ON SEVERAL OCCASIONS RECENTLY TO HIM ON 8-29-22 GRIEVANCE #22-6-25258 COMPLAINING ABOUT O-DORM SALLYPORT (THE PLACE WHERE (SGT) FINNEY ASSAULTED ME) NOT HAVING ANY CAMERAS OR AUDIO SOUND. AND THAT O-DORM SALLYPORT IS A DANGEROUS AREA "BLINDSPOTS" TO WHERE INMATES CAN BE ASSAULTED AND HARMED BY OFFICERS (JUST AS I) AND EVEN BY OTHER INMATES. AND THAT PUTTING CAMERAS IN O-DORM SALLY PORTS, IT WILL KEEP A SAFE ENVIRONMENT. INSIDE OF THIS ENVELOPE, I HAVE (EXHIBIT #1) AND (EXHIBIT #2) TO SHOW YOU THAT MY LIFE HAS BEEN A CONSTANT THREAT HERE AT SUWANNEE C.I. (ANNEX) DEALING WITH THESE OFFICERS, I'M SHOWING YOU THAT I FILED ON NO CAMERAS BEING IN O-DORM SALLYPORT (WHERE I JUST WAS ASSAULTED BY (SGT) FINNEY ON 8-24-22). I'M SHOWING DATES AND TIME WHILE ON DUTY, OFFICER A. BATTON, (SGT) B.L. ROBINSON, (SGT) R. MOLINSKI CAN BE SEEN ON CAMERA THREATENING AND HARASSING ME (WITH TIME AND DATE), BUT THIS INSTITUTION NOR THE SECRETARY OR REPRESENTATIVE OF THE F.D.O.C. BUREAU OF INMATE GRIEVANCES APPEALS IN TALLAHASSEE W. MILLETTE DIDN'T DO ANYTHING ABOUT IT AND DENIED MY APPEALS. NOW LOOK AT WHAT JUST HAPPENED TO ME. CLASSIFICATION MS. GLASS AND HER ICT TEAM AS REFUSED ME TRANSFER SEVERAL TIMES BEFORE, TRYING TO REALLY COVER UP WHAT ALL GOES ON HERE AT SUWANNEE C.I (ANNEX). MAJORITY OF THE INMATES HERE CAN'T READ NOR WRITE, SO SOME DON'T EVEN WRITE GRIEVANCES TO COMPLAIN ABOUT STAFF HERE. I HAVE PROOF THAT IS BEING OVERLOOKED BY THE WHOLE FLORIDA DEPARTMENT OF CORRECTION. EVEN THE INSPECTOR GENERAL IN TALLAHASSEE F.D.O.C. HAS OVERLOOKED. I AM A FEDERAL INMATE AS WELL, WHO IS IN THE CUSTODY OF THE FLORIDA DEPARTMENT OF CORRECTION. I HAVE A FEDERAL HOLD ON ME BY (SEE ATTACHMENT) PAGE #2 →

My FEDERAL JUDGE: LAZZARA in the MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION) who Do not have a clue to as how I'm being treated in this state facility of the Florida Department of Corrections. When an inmate such as myself has a FEDERAL HOLD on me, whatever facility or department of corrections are suppose to make sure that I am kept SAFE, out of harms way, not being assaulted and beaten down by STAFF, not getting stabbed in the face by other inmates, etc.. I am a NON-VIOLENT INMATE who has NON-VIOLENT charges who is being housed with inmates who have 1-2-3-4-5-6-7- and even 8 LIFE SENTENCES with violent and aggressive officers supervising. This is not my type of environment period. I have 20 year sentence NON-VIOLENT INMATE. In FEDERAL prison, I have LOW and MEDIUM custody and was housed at (Coleman Federal Correctional Institution). Due to the FLORIDA DEPARTMENT OF CORRECTIONS failing to keep me in a SAFE environment, even AFTER (FEDERAL JUDGE) BRIAN DAVIS AND MAGISTRATE LAMBERT personally signing order to SUWANNEE C.I. (ANNEX) WARDEN LANE a few months ago (STANDING ORDER) stating that I, EVERETTE L. BLACK JR. #364497, FEDERAL REGISTER #22436-018 should NOT be HARMED in THIS facility. And then for me to be brutally beaten by (SGT) FINNEY in O-Dorm sallyport that has NO camera or NO audio (AFTER I filed grievances on O-DORM having NO CAMERA'S or NO AUDIO previously) and to be assaulted by (SGT) Finney in the same area that's been ignored by Warden Lane. I am requesting that the FEDERAL GOVERNMENT take me out of the FLORIDA DEPARTMENT OF CORRECTION prison system ALTOGETHER and allow me to finish up the duration of my prison sentence in the FEDERAL B.O.P. For my livelyhood AND SAFETY. I'm already a FEDERAL inmate EVERETTE L. BLACK #22436-018 who has a FEDERAL HOLD for violation of SUPERVISED RELEASE which I have to see FEDERAL JUDGE: LAZZARA (TAMPA DIVISION) MIDDLE DISTRICT, My LIFE is IN DANGER here at SUWANNEE C.I. (ANNEX), or, you can have me placed in PRIVATE FACILITIES that are contracted with the F.B.O.P. such as WACKINHUT, COOPORATION OF AMERICA, ETC. IF it's going to take any time with making a decision in this matter, would you please have me placed in a FEDERAL DETENTION CENTER, FEDERAL COUNTY JAIL, or any other FEDERAL HOLDING facility until further notice. I am requesting to be TRANSFERED AWAY from SUWANNEE C.I. (ANNEX) IMMEDIATELY. IT DOESN'T MATTER WHO MAKES THIS CALL for me to be TRANSFERED AWAY from here back into FEDERAL CUSTODY whether it be FEDERAL JUDGES: BRIAN DAVIS, JUDGE LAZZARA, UNITED STATES MAGISTRATE JUDGES JOEL B. TOOMEY or UNITED STATES MAGISTRATE LAMBERT. SOMEONE, ANYONE, PLEASE DO THE right thing in this matter and have me TRANSFERED away from here and put me back into the FEDERAL BUREAU OF PRISONS. I would like for a copy of this letter with my exhibits #1 and EXHIBIT #2 to be FAXED, mailed, etc. to: UNITED STATES MAGISTRATE JUDGE LAMBERT, JOEL B. TOOMEY, FEDERAL JUDGE BRIAN DAVIS all to whom are in your FEDERAL COURTHOUSE in JACKSONVILLE, FLORIDA. AND, I'd like a copy sent to the FEDERAL JUDGE on my original case who has a FEDERAL HOLD on me at this time FEDERAL JUDGE LAZZARA (MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION).

THANK you very much.

EVERETTE L. BLACK JR. #364497 / FEDERAL # 22436-018

Everette L. Black Jr #364497 / FEDERAL # 22436-018

FILED 2022 SEP 12 PM 12:24 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA