UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVERETTE L. BLACK, JR.,

    Plaintiff,

v.                                      Case No. 3:22-cv-990-MMH-MCR

SERGEANT FINNEY, et al.,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff Everette L. Black, Jr., an inmate of the Florida penal system, filed a pro se letter (Doc. 1) on September 12, 2022. In the letter, Black asserts he has been subjected to abuse, threats, and denied medical treatment at Suwannee Correctional Institution Annex. He requests immediate transfer to a federal facility to complete his sentence in the Federal Bureau of Prisons.

    Black is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff

requests. Here, Black has neither filed a complaint nor provided the Court with all of the information required by the civil rights complaint form.

Black is advised that he may not correspond by letter with this Court. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

The Court further advises Black that courts generally will not interfere with matters of prison administration, including an inmate's custody status or his place of incarceration. See Bell v. Wolfish, 441 U.S. 520, 547-48 (1979) ("[T]he operation of our correctional facilities is peculiarly the province of the Legislative and Executive Branches . . . not the Judicial.").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Black a civil rights complaint form. If Black chooses to refile his claims, he may do so on the enclosed form. He should not

put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of September, 2022.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 9/14
c:
Everette L. Black, Jr., #364497